**Query**   **Reports**   **Utilities**   **Help**   **What's New**   **Log Out**

CLOSED

**22cr10132-H**

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Laredo)**
**CRIMINAL DOCKET FOR CASE #: 5:18-cr-00398 All Defendants**

Case title: USA v. Roffler

Date Filed: 06/05/2018

Magistrate judge case number: 5:18-mj-00455

Date Terminated: 12/20/2018

Assigned to: Judge Diana Saldana

**Defendant (1)**

**Eugene Christian Roffler**
*TERMINATED: 12/20/2018*

represented by **Raul Agustin Martinez , Jr**
Office of the Federal Public Defender
1202 Houston Street
Laredo, TX 78040
956-753-5313
Fax: 956-753-5317
Email: raul_martinez@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Federal Public Defender - Laredo**
1202 Houston St
Laredo, TX 78040
956-753-5313
Email: lar_ecf@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

Conspiracy to import 1 kilogram or more of heroin, 5 kilograms or more of cocaine. Penalty: 10 years to life of imprisonment, not more than a $10,000,000 fine, $100 special

**Disposition**

70 months imprs concurrent on Cts 1-3; participation in drug treatment program, mental health treatment, and vocational training (UNICOR) while incarcerated; 5 yrs TSR concurrent on Cts 1-3; all standard and mandatory conditions apply; inpatient and outpatient drug treatment; mental health treatment; no possession of substances without

| | |
|---|---|
| assessment, at least a 5 years up to a life term of supervised release<br>(1) | prescription; $100.00 Special Assessment on Cts 1-3 = $300.00; no fine imposed as to any of the counts; recommendation of placement in the Bastrop facility; the defendant is advised of his right to appeal (notified of 14 day deadline) |
| Importation of 1 kilogram or more of heroin. Penalty: 10 years to life of imprisonment, not more than a $10,000,000 fine, $100 special assessment, at least a 5 years up to a life term of supervised release<br>(2) | 70 months imprs concurrent on Cts 1-3; participation in drug treatment program, mental health treatment, and vocational training (UNICOR) while incarcerated; 5 yrs TSR concurrent on Cts 1-3; all standard and mandatory conditions apply; inpatient and outpatient drug treatment; mental health treatment; no possession of substances without prescription; $100.00 Special Assessment on Cts 1-3 = $300.00; no fine imposed as to any of the counts; recommendation of placement in the Bastrop facility; the defendant is advised of his right to appeal (notified of 14 day deadline) |
| Importation of 5 kilograms or more of cocaine. Penalty: 10 years to life of imprisonment, not more than a $10,000,000 fine, $100 special assessment, at least a 5 years up to a life term of supervised release<br>(3) | 70 months imprs concurrent on Cts 1-3; participation in drug treatment program, mental health treatment, and vocational training (UNICOR) while incarcerated; 5 yrs TSR concurrent on Cts 1-3; all standard and mandatory conditions apply; inpatient and outpatient drug treatment; mental health treatment; no possession of substances without prescription; $100.00 Special Assessment on Cts 1-3 = $300.00; no fine imposed as to any of the counts; recommendation of placement in the Bastrop facility; the defendant is advised of his right to appeal (notified of 14 day deadline) |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841 (a)(1) 846 42.54 Cocaine :& 5.84 Heroin | 70 months imprs concurrent on Cts 1-3; participation in drug treatment program, mental health treatment, and vocational training (UNICOR) while incarcerated; 5 yrs TSR concurrent on Cts 1-3; all standard and mandatory conditions apply; inpatient and outpatient drug treatment; mental health treatment; no possession of substances without prescription; $100.00 Special Assessment on Cts 1-3 = $300.00; no fine imposed as to any of the counts; recommendation of placement in the Bastrop facility; the defendant is advised of his right to appeal (notified of 14 day deadline) |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Alfredo Perez de la Rosa , Jr.** U.S. Attorney's Office Southern District of Texas 1100 Matamoros St Ste 201 Laredo, TX 78040 956-723-6523 Email: alfredo.de.la.rosa@usdoj.gov *TERMINATED: 09/13/2018* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **April Holly Ayers-Perez** United States Attorney's Office 11204 McPherson Rd Ste 100A Laredo, TX 78045 956-723-6523 Email: april.perez@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Christopher Shawn Coker** Office of Christopher S. Coker 3131 McKinney Ave Ste 800 Dallas, TX 75204 |

469-951-6954
Email: scoker9@msn.com
*TERMINATED: 06/12/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
1000 Louisiana St
Ste 2300
Houston, TX 77002
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2018 | | Magistrate Judge Diana Song Quiroga assigned and added. (mxperezadi, 5) [5:18-mj-00455] (Entered: 05/13/2018) |
| 05/13/2018 | 1 | Proposed COMPLAINT as to Eugene Christian Roffler (1), filed. (Webb) Probable Cause review set for 5/14/2018 at 05:00 AM before Magistrate Judge Diana Song Quiroga. Initial Appearance set for 5/14/2018 at 09:00 AM before Magistrate Judge Diana Song Quiroga (mxperezadi, 5) [5:18-mj-00455] (Entered: 05/13/2018) |
| 05/13/2018 | 2 | Statement in Support of Probable Cause by USA as to Eugene Christian Roffler, filed.(mxperezadi, 5) [5:18-mj-00455] (Entered: 05/13/2018) |
| 05/13/2018 | | Case unsealed as to Eugene Christian Roffler (dflores, 5) [5:18-mj-00455] (Entered: 05/14/2018) |
| 05/13/2018 | 3 | FINDING OF PROBABLE CAUSE ON STATEMENT on May 13, 2018 at 05:23 PM as to Eugene Christian Roffler. Initial Appearance set for 5/14/2018 at 09:00 AM before Magistrate Judge Diana Song Quiroga. (Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (dflores, 5) [5:18-mj-00455] (Entered: 05/14/2018) |
| 05/14/2018 | 4 | COMPLAINT accepted by Magistrate Judge Diana Song Quiroga as to Eugene Christian Roffler, filed. Agent: Lori Robinson (dflores, 5) [5:18-mj-00455] (Entered: 05/14/2018) |
| 05/14/2018 | | Attorney update in case as to Eugene Christian Roffler. Attorney Federal Public Defender - Laredo for Eugene Christian Roffler added. (dfloresadi, 5) [5:18-mj-00455] (Entered: 05/14/2018) |
| 05/14/2018 | | Minute Entry for proceedings held before Magistrate Judge Diana Song Quiroga. INITIAL APPEARANCE on Complaint as to Eugene Christian |

|  |  | Roffler held on 5/14/2018. Defendant advised of charge(s) and rights. Defendant requests appointed counsel. Financial Affidavit executed. Order appointing Federal Public Defender. Order of Temporary Detention Pending Hearing. No bond set. Appearances: Andy Guardiola, AUSA; FPD Arturo Villarreal III (on duty); USPTO: Julio Taboada; USPO: Alicia Blanco; USM: Marcos Pompa. (Opened/Adjourned: 9:34 AM - 9:38 AM) (ERO: Terry Lozano) (Interpreter: Gregorio Ayala, not used) Defendant remanded to custody Preliminary Examination & Detention Hearing set for 5/18/2018 at 10:00 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga. (dfloresadi, 5) [5:18-mj-00455] (Entered: 05/14/2018) |
|---|---|---|
| 05/14/2018 | 5 | Sealed Financial Affidavit CJA 23 by Eugene Christian Roffler, filed. (nortiz, 5). [5:18-mj-00455] (Entered: 05/14/2018) |
| 05/14/2018 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. (Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (dfloresadi, 5) [5:18-mj-00455] (Entered: 05/14/2018) |
| 05/14/2018 | 7 | NOTICE OF SETTING as to Eugene Christian Roffler. Preliminary Examination Hearing set for 5/18/2018 at 10:00 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga. (dfloresadi, 5) [5:18-mj-00455] (Entered: 05/14/2018) |
| 05/14/2018 | 8 | Order of Temporary Detention Pending Hearing as to Eugene Christian Roffler. Detention Hearing set for 5/18/2018 at 10:00 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga. ( Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (dfloresadi, 5) [5:18-mj-00455] (Entered: 05/14/2018) |
| 05/15/2018 |  | NOTICE OF ATTORNEY APPEARANCE Raul Agustin Martinez, Jr, Federal Public Defender, in case as to Eugene Christian Roffler, filed.(Martinez, Raul) [5:18-mj-00455] (Entered: 05/15/2018) |
| 05/17/2018 | 9 | NOTICE OF SETTING as to Eugene Christian Roffler. Preliminary Examination & Detention Hearing set for 5/18/2018 at 01:00 PM in Courtroom 2B before Magistrate Judge Diana Song Quiroga, filed. (dflores, 5) [5:18-mj-00455] (Entered: 05/17/2018) |
| 05/17/2018 |  | **Terminate Deadlines and Hearings as to Eugene Christian Roffler. (dflores, 5) [5:18-mj-00455] (Entered: 05/17/2018) |
| 05/18/2018 | 10 | Pretrial Services Report (Sealed) as to Eugene Christian Roffler, filed. (hcortez, 5) [5:18-mj-00455] (Entered: 05/18/2018) |
| 05/18/2018 |  | **Terminate Preliminary Examination and Detention Hearing as to Eugene Christian Roffler. Hearings did not go forward. FPD Raul Martinez submitted waivers of Preliminary Examination and Detention hearings to the Court. (dflores, 5) [5:18-mj-00455] (Entered: 05/20/2018) |
| 05/18/2018 | 11 | WAIVER of Preliminary Hearing by Eugene Christian Roffler, filed.(nortiz, 5) [5:18-mj-00455] (Entered: 05/21/2018) |
| 05/18/2018 | 12 | Defendant's RESPONSE To Notice of Detention Hearing by Eugene Christian Roffler re 8 Order of Temporary Detention, filed.(nortiz, 5) [5:18-mj-00455] |

| | | |
|---|---|---|
| | | (Entered: 05/21/2018) |
| 05/18/2018 | 13 | Order of Temporary Detention Pending Trial as to Eugene Christian Roffler. (Signed by Magistrate Judge Diana Song Quiroga). Parties notified. (dflores, 5) [5:18-mj-00455] (Entered: 05/21/2018) |
| 06/05/2018 | 14 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Eugene Christian Roffler (1) count(s) 1, 2, 3, filed. (Attachments: # 1 Unredacted attachment) (dgonzalezadi, 5) (Entered: 06/05/2018) |
| 06/05/2018 | 15 | SCHEDULING ORDER as to Eugene Christian Roffler. Arraignment set for 6/14/2018 at 11:00 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga Dispositive Motion Filing due by 6/25/2018. Final Pretrial Conference set for 8/1/2018 at 01:30 PM in Courtroom 2B before Magistrate Judge Diana Song Quiroga ( Signed by Judge Diana Saldana) Parties notified. (dgonzalezadi, 5) (Entered: 06/05/2018) |
| 06/12/2018 | 16 | Notice of Substitution by USA as to Eugene Christian Roffler. Attorney Alfredo de la Rosa added. Attorney Christopher Shawn Coker terminated, filed. (de la Rosa, Alfredo) (Entered: 06/12/2018) |
| 06/13/2018 | 17 | WAIVER of Presence at Arraignment and Entry of Plea of Not Guilty (The Arraignment is canceled pending review of the waiver by the Court.), filed. (Martinez, Raul) (Entered: 06/13/2018) |
| 06/13/2018 | 18 | ORDER accepting 17 Waiver of Presence at Arraignment as to Eugene Christian Roffler (1).(Signed by Magistrate Judge Diana Song Quiroga.) Parties notified.(cdom, 5) (Entered: 06/13/2018) |
| 08/01/2018 | | RE-ARRAIGNMENT Minute Entry for proceedings held before Magistrate Judge Diana Song Quiroga on 8/1/2018 as to Eugene Christian Roffler : Defendant pled Guilty to Count(s) 1-3 of the Indictment. Cold Plea. Appeal Waived: No. PSI due by: 9/5/2018. Date: N/A ; N/A. Counsel present for PSI Interview? Yes. Appearances: AUSA Francisco Jose Rodriguez appearing for Alfredo de la Rosa f/USA; AFPD Raul A. Martinez f/Defendant. Deft remanded to Custody. (ERO: Anabel Pottin) (Interpreter: Henry Rugeles-Carrillo, Diana Gonzalez not used) (Time in Court 1:46-2:50) (avelizadi, 5) (Entered: 08/01/2018) |
| 08/01/2018 | 19 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Eugene Christian Roffler. PSI Completion due by 9/5/2018. (Signed by Judge Diana Saldana) Parties notified. (avelizadi, 5) (Entered: 08/01/2018) |
| 08/01/2018 | 20 | REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE as to Eugene Christian Roffler Objections to R&R due by 8/15/2018 ( Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (dmorales, 5) (Entered: 08/01/2018) |
| 08/01/2018 | 21 | Consent to Administration of Guilty Plea and Fed.R.Crim.P. 11 Allocution by United States Magistrate Judge by Eugene Christian Roffler, filed.(dgonzalez, 5) (Entered: 08/01/2018) |
| 08/16/2018 | 22 | ORDER ADOPTING REPORT AND RECOMMENDATION - Guilty Plea as |

| | | |
|---|---|---|
| | | to Eugene Christian Roffler re: 20 Report and Recommendations ( Signed by Judge Diana Saldana) Parties notified. (AlexanderEpsteinadi, 5) (Entered: 08/16/2018) |
| 09/13/2018 | 23 | Notice of Substitution by USA as to Eugene Christian Roffler. Attorney APRIL AYERS-PEREZ added. Attorney Alfredo Perez de la Rosa, Jr terminated, filed. (Ayers-Perez, April) (Entered: 09/13/2018) |
| 09/26/2018 | 24 | Unopposed MOTION for Extension of Time to File Response/Reply *PRESENTENCE REPORT* by Eugene Christian Roffler, filed. (Attachments: # 1 Proposed Order)(Martinez, Raul) (Entered: 09/26/2018) |
| 09/27/2018 | 25 | ORDER as to Eugene Christian Roffler Granting 24 Unopposed MOTION for Extension of Time to File Response/Reply *PRESENTENCE REPORT* (Objection to PSI due by 10/10/2018) (Signed by Judge Diana Saldana) Parties notified. (mmarquez, 5) (Entered: 09/27/2018) |
| 10/10/2018 | 26 | Objection to Presentence Investigation Report (Sealed) by Eugene Christian Roffler, filed. (Entered: 10/10/2018) |
| 10/24/2018 | 27 | Response to Objections to PSR (Sealed) by USA as to Eugene Christian Roffler, filed. (Entered: 10/24/2018) |
| 10/30/2018 | 28 | Revised Presentence Investigation Report (Sealed) as to Eugene Christian Roffler, filed. (crrodriguez, 5) (Entered: 10/30/2018) |
| 10/30/2018 | 29 | Sealed Addendum to 28 Final Presentence Investigation Report (Sealed) as to Eugene Christian Roffler, filed. (crrodriguez, 5) (Entered: 10/30/2018) |
| 10/30/2018 | 30 | Confidential Sentencing Recommendation(Sealed) regarding Eugene Christian Roffler, filed. (crrodriguez, 5) (Entered: 10/30/2018) |
| 12/14/2018 | 31 | NOTICE OF SETTING as to Eugene Christian Roffler. Sentencing set for 12/20/2018 at 01:30 PM in Courtroom 3A before Judge Diana Saldana, filed. (clrodriguez, 5) (Entered: 12/14/2018) |
| 12/20/2018 | 32 | NOTICE OF RESETTING as to Eugene Christian Roffler. Sentencing set for 12/20/2018 at 09:00 AM in Courtroom 3A before Judge Diana Saldana, filed. (clrodriguez, 5) (Entered: 12/20/2018) |
| 12/20/2018 | | Minute Entry for proceedings held before Judge Diana Saldana. Before the Court is a 40 year old U.S. citizen who also has citizenship from Mexico. The Court responds to the defense counsel's request for a minor role adjustment (coming for one purpose, does not deny responsibility, had no control over the type of drugs or the amount of drugs). The Court states the following as to the request for denying the role adjustment defendant had a mitigating role in the offense, before the Court is someone who had a relationship with another to (transport monies, register a vehicle under his name, met someone to pick up vehicle, there were packages in the vehicle, and was asked to delete text messages), these conducts and actions, do not indicate a less culpable than average participant. Documents provided by defense counsel are placed inside the Court's copy of the PSR [records check done in Mexico on 2013 and 2015 - reflects no criminal history, copy of pay stub from Mexico, and a letter from place of employment called Soriana]. The Court has taken all factors under |

|  |  |  |
|---|---|---|
|  |  | 3553 and sentences the defendant as follows. Sentencing held on 12/20/2018 for Eugene Christian Roffler (1), [COUNTS 1-3] - 70 months imprs concurrent on Cts 1-3; participation in drug treatment program, mental health treatment, and vocational training (UNICOR) while incarcerated; 5 yrs TSR concurrent on Cts 1-3; all standard and mandatory conditions apply; inpatient and outpatient drug treatment; mental health treatment; no possession of substances without prescription; $100.00 Special Assessment on Cts 1-3 = $300.00; no fine imposed as to any of the counts; recommendation of placement in the Bastrop facility; the defendant is advised of his right to appeal (notified of 14 day deadline). TIME: 10:03 AM - 10:54 AM. Appearances: USPO Guillermo Garcia, AUSA Francisco Rodriguez and AFPD Raul Martinez f/deft. (ERO:Terry Lozano) (Interpreter:Ana Maria Koency (not used) Deft remanded to the custody of the U.S. Marshal., filed.(vcaballero, 5) Modified on 12/20/2018 (vcaballero, 5). (Entered: 12/20/2018) |
| 12/20/2018 | 33 | NOTICE OF NON-APPEAL by Eugene Christian Roffler,filed.(nortiz, 5) (Entered: 12/20/2018) |
| 01/02/2019 | 34 | JUDGMENT as to Eugene Christian Roffler (Signed by Judge Diana Saldana) Parties notified. (mmarquez, 5) (Entered: 01/02/2019) |
| 01/02/2019 | 35 | Statement of Reasons (Sealed) as to Eugene Christian Roffler. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to **SAVE** the document locally at the time of viewing, filed. (Entered: 01/02/2019) |
| 01/23/2019 | 36 | Sealed Event 28 , filed. (Entered: 01/23/2019) |